USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
                                     :

WILLIAM JOHNSON,                 :

                                     :

                 Plaintiff,    :             1:26-cv-592-GHW

                                     :

         -against-            :

                                     :                 ORDER

CFSB BANCORP, INC., *et al.*,     :

                                     :

                 Defendants.    :

                                     :

--------------------------------------------------------------- :
                                    X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of

New York, on January 22, 2026  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes

to demand a jury trial in this matter, the demand must be served and filed no later than February 5,

2026.

      SO ORDERED.

Dated: January 29, 2026
       New York, New York

                                     _____
                                        GREGORY H. WOODS
                                   United States District Judge